UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:

THE FORT LAUDERDALE BRIDGE CLUB, INC.            CASE NO.:  15-22380 KMM

     Debtor.
_____/

**MOTION TO INTERVENE ON BEHALF OF GLORIA EZRIN**

Gloria Ezrin, as former member of the Ft. Lauderdale Bridge Club, by and through undersigned counsel, seeks to intervene in the subject appeal and as good grounds therefore Ms. Ezrin would show that:

1. Ms. Ezrin is a former member of the Ft. Lauderdale Bridge Club and was a member at all material times herein.

2. Ms. Ezrin has rights as a former member to bring an action as set forth in the proceedings below.

3. The lower court's Order in which this appeal was taken prejudices those rights of Ms. Ezrin.

4. Ms. Ezrin is aware that an appeal has been initiated by Mr. Samuel D. Rosen ("Mr. Rosen") with regard to the Orders entered by the lower court.

5. Ms. Ezrin seeks to intervene so that her position may be considered along with the arguments of Mr. Rosen.

6. Under Rule 24(a)(2), Federal Rules of Civil Procedure, a party may, on timely motion, intervene as a matter of right if the applicant claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest, unless existing parties adequately represent that interest. Fed. R. Civ. P. 24(a)(2).

7. Ms. Ezrin, as a former member during the relevant times, has an interest in the transaction reviewed by the lower court and disposal of the transaction in the manner provided by the lower court impedes on Ms. Ezrin's interests. Specifically, the lower court enjoined Ms. Ezrin, and over one thousand other members and former members from enforcing rights, without notice to her or them.

WHEREFORE, GLORIA EZRIN moves this Court for entry of its Order permitting her leave to intervene in the subject appeal and for any further relief which this Court considers just and equitable.

Dated: August 27, 2015

Respectfully submitted,

By: /s/ Douglas C. Broeker
**Douglas C. Broeker, Esquire**
Florida Bar No. 306738
**SWEETAPPLE, BROEKER & VARKAS, P.L.**
44 West Flagler Street, Suite 1500
Miami, Florida 33131
Tel.: (305) 374-5623
Fax.: (305) 358-1023
Doug@broekerlaw.com
DocService@broekerlaw.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case and via Regular U.S. Mail to all parties who are not on the list to receive e-mail notification/service for this case on this 27th day of August 2015.

*I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-I (A).*

By:/s/ Douglas C. Broeker
    **Douglas C. Broeker, Esquire**
    Florida Bar No. 306738