**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

IN RE:

THE FORT LAUDERDALE BRIDGE CLUB, INC.                    CASE NO.:  15-22380 KMM

    Debtor.

_____/

**APPELLANT, SAMUEL D. ROSEN'S**
**MOTION TO DISQUALIFY GAMBERG & ABRAMS, P.A.**

    **APPELLANT,** SAMUEL D. ROSEN, ("Rosen"), by and through undersigned counsel, hereby files moves for disqualification of "Gamberg and Abrams" as counsel for Appellee and as good grounds therefore would show that:

    1.  "Gamberg and Abrams" has recently filed a "Notice of Appearance" in this proceeding (DE 11).

    2.  "Gamberg and Abrams" is a fictitious name and is not and has never been an actual exising law firm or legal entity. Therefore all papers filed in the name of the fictitious Gamberg and Abrams are properly stricken.

    3.  In Support, Appellant relies upon the Samuel D. Rosen *pro se* Motion for Disqualification, being filed in the bankruptcy court and attached hereto as Exhibit "A" together with exhibits attached thereto.

    WHEREFORE, Appellant moves this Court for entry of its Order disqualifying Gamberg and Abrams as counsel for Appellee.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case and via Regular U.S. Mail to all parties who are not on the list to receive e-mail notification/service for this case on this 31st day of August, 2015.

Respectfully submitted,

By: /s/ Douglas C. Broeker
**Douglas C. Broeker, Esquire**
Florida Bar No. 306738
**SWEETAPPLE, BROEKER & VARKAS, P.L.**
44 W. Flagler Street, Suite 1500
Miami, Florida 33131
Telephone: (305) 374-5623
Facsimile: (305) 358-1023
Doug@broekerlaw.com
DocService@broekerlaw.com