**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**APPEAL CASE No. 15-22380-KMM**
**LOWER TRIBUNAL CASE NO. 13-14289-RAM**

---

SAMUEL D. ROSEN,
APPELLANT,

V.

THOMAS L. ABRAMS,
APPELLEE.

ON APPEAL FROM ORDERS OF THE U.S. BANKRUPTCY COURT,
SOUTHERN DISTRICT OF FLORIDA

---

<u>**DETAILED STATEMENT AS TO REASONABLE ATTORNEYS' FEES FOR**</u>
<u>**THOMAS L. ABRAMS / GAMBERG & ABRAMS AND JEFFREY B. CROCKETT/**</u>
<u>**COFFEY BURLINGTON P.L. PURSUANT TO MARCH 10, 2016 ORDER**</u>
<u>**AWARDING REASONABLE ATTORNEY'S FEES AND COSTS INCURRED**</u>
<u>**LITIGATING THIS APPEAL**</u>

Thomas L. Abrams
Florida Bar No. 764329
tabrams@tabramslaw.com
**GAMBERG & ABRAMS**
1776 North Pine Island Road, Suite 215
Fort Lauderdale, Florida 33322
Telephone:  (954) 523-0900
Facsimile:   (954) 915-9016

Jeffrey B. Crockett
Florida Bar No. 347401
jcrockett@coffeyburlington.com
**COFFEY BURLINGTON, P.L.**
2601 South Bayshore Drive, Penthouse
Miami, Florida  33133
Telephone:  (305) 858-2900
Facsimile:  (305) 858-5261

Thomas L. Abrams, files this Detailed Fee Statement pursuant to this Court's March 10, 2016 Order Awarding reasonable attorney's fees and costs as prevailing party in this appellate proceeding and for Damages for Frivolous Appeal [D.E. 106] and States:

1.      On March 10, 2016, this Court entered an order affirming all three of the bankruptcy court's orders on appeal [D.E. 105]. This Court subsequently entered its Order granting Abrams [D.E.66] Motion for Recovery of Contractual Appellate Attorney's Fees and for Damages for Frivolous Appeal [D.E. 106]. This Court held that "Pursuant to the Settlement Agreement, Rosen is ordered to pay Abrams all reasonable attorney's fees and costs incurred by Abrams litigating this appeal, both for Abrams's time and for the time of any additional counsel retained by Abrams".

2.      The Declaration and detailed fee statement for Abrams/Gamberg &Abrams time is attached hereto which comprises of 131.8 hours at the hourly rate of $400.00 for a total of $52,720.00.   The Declaration and detailed fee statement for Jeffrey B. Crockett/Coffey Burlington, P.L is attached hereto which comprises of 62.07 hours for a total of $28,116.25.[1] The total for both is $80,836.25. The work performed as set forth on the detailed fee statements attached speak for themselves and is in large part discernable from the work product filed with this Court and observed and reviewed by this Court.

3.      The work performed was reasonable and necessary to litigating this appeal, including responding to the substantial motion practice by Appellant much of which this Court held was frivolous. It is respectfully submitted that the attorney's fees requested are reasonable.

**WHEREFORE**, Thomas L. Abrams respectfully requests that this Court enter an Order

---

[1] The detailed fee statements are signed by Thomas L. Abrams and Jeffrey B. Crockett respectively.

awarding reasonable attorney's fees to Thomas L. Abrams in the amount of $80,836.25 subject to further supplement to the extent Mr. Rosen objects and more work is required in relation to the determination of the amount of attorney's fees to be awarded and such other and further relief this Court deems just and appropriate.

Dated:    March 16, 2016.                            Respectfully submitted,


                                                     Jeffrey B. Crockett, Esquire
                                                     Coffey Burlington, P.L.
                                                     2601 S. Bayshore Drive, Penthouse
                                                     Miami, FL 33133-5417
                                                     Tel.: (305) 858-2900
                                                     Fax: (305) 858-5261
                                                     Email: jcrockett@coffeyburlington.com
                                                     *Co-Counsel for Appellee*

                                                     By: /s/ Jeffrey B. Crockett
                                                         Jeffrey B. Crockett, Esq.
                                                         Florida Bar No. 347401


                                                     GAMBERG & ABRAMS
                                                     *Attorneys for Appellee, Thomas L. Abrams*
                                                     1776 North Pine Island Road, Suite 215
                                                     Fort Lauderdale, Florida 33322
                                                     Telephone:     (954) 523-0900
                                                     Facsimile:     (954) 915-9016
                                                     E-mail:tabrams@tabramslaw.com

                                                     By: /s/ Thomas L. Abrams
                                                     Thomas L. Abrams, Esquire
                                                     Florida Bar No. 764329

3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via CM/ECF/Notice of Electronic Filing to all parties registered to receive notice via ECF, including Douglas C. Broeker, Esq., doug@broekerlaw.com; Jamie@broekerlaw.com; DocService@broekerlaw.com; David Ware, Esq., DWare@hallboothsmith.com. on this 16th day of March, 2016.

By: /s/ Thomas L. Abrams
Thomas L. Abrams, Esq.

## DECLARATION OF THOMAS L. ABRAMS

This Declaration is filed with the Court for consideration with respect to the Court's order granting attorney's fees in *Rosen v. Abrams,* case no. 15-Civ-22380-KMM (DE 106). Its contents are based on personal knowledge, and the attached contemporaneous billing entries maintained on a daily basis.

I am an attorney licensed in Florida since 1988, with substantial experience in bankruptcy and commercial litigation matters, including handling several bankruptcy and non bankruptcy related appeals. The work performed was through Gamberg & Abrams.   My billing rate is $400.00 per hour which is the same billing rate applied to the fees awarded  in the bankruptcy case, many other prior bankruptcy and state court cases and commensurate with my years of practice and experience.

The total time spent by the undersigned on the instant appeal was 131.8 hours, or $52,720.00. (131.8 hours at the hourly rate of $400.00 = $52,720.00)[1]

These fees in my judgment were properly incurred and are reasonable as to both rate and amount, considering all the relevant circumstances.

Under penalties of perjury pursuant to 28 USC 1746, I declare that the foregoing is true and correct.

Executed on March 15, 2016 in Plantation, Florida.

Thomas L. Abrams

---

[1] The undersigned was extremely conservative with his time and did not include most conversations with co-counsel, review of many pleadings and orders entered by the court.

| Date | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| 7/19/15 | Review all records designated by Appellant in ECF 1363, designation of record on appeal. | 1.3 | 400.00 | 520.00 |
| 7/1915 | Review record and docket regarding additional designation of record on appeal as to ECF 1351. | 2.9 | 400.00 | 1,160.00 |
| 7/20/15 | Review Record regarding Designation. | 3.8 | 400.00 | 1,520.00 |
| 7/20/15 | Draft Additional designation. | 0.6 | 400.00 | 240.00 |
| 7/21/15 | Work on designation of items, finalize. | 0.9 | 400.00 | 360.00 |
| 7/21/15 | Work on issues on appeal. | 0.8 | 400.00 | 320.00 |
| 8/19/15 | Review Appellant's designation of record regarding d.e. 1371 and issues stated on appeal. | 0.8 | 400.00 | 320.00 |
| 8/27/15 | Draft designation of record regarding appeal as to d.e. 1371 and issue on appeal. | 0.9 | 400.00 | 360.00 |
| 8/28/15 | Receive and review letter demanding withdrawal of appeal. | 0.3 | 400.00 | 120.00 |
| 8/28/15 | Receive and review motion to disqualfiy. | 0.4 | 400.00 | 160.00 |
| 8/28/15 | Receive and review Motion for reconsideration. | 0.6 | 400.00 | 240.00 |
| 9/1/15 | Draft Opposition to District Court re Motion to Disqualify; review and revise same. | 2.9 | 400.00 | 1,160.00 |
| 9/1/15 | Research of law regarding Motion to Disqualify standard. | 1.2 | 400.00 | 480.00 |
| 9/17/15 | Research law regarding interlocutory appeal issues. | 1.2 | 400.00 | 480.00 |
| 9/17/15 | Draft Motion to Dismiss  or for Relinguishment of Jurisdiction. | 0.9 | 400.00 | 360.00 |
| 9/18/15 | Review and revise Motion to Relinquish jurisdiction or dismiss appeal. Review case law; further research regarding same. | 1.4 | 400.00 | 560.00 |
| 9/28/15 | Review and further research regarding rules of professional conduct, cases relating to disqualification. | 2.8 | 400.00 | 1,120.00 |
| 9/28/15 | Receive and respond to e mail from Mr. Broeker regarding extension of time ot file initial brief | 0.1 | 400.00 | 40.00 |
| 10/1/15 | Receive and review Rosen's reconsideration of Order denying Motion for Disqualification / Order to show cause[32] as to Rosen's Motion to Disqualify due to frivolous nature of Motion ; draft response per court order regarding order to show cause as to Rosen, pull records regarding support of response | 6.1 | 400.00 | 2,440.00 |

| | | | | |
|---|---|---|---|---|
| 10/2/15 | Draft Affidavit of Thomas L. Abrams and review and revise Affidavit re Rosen's Disqualification Motion and Order to Show Cause, response per court order [D.E. 30] | 1.1 | 400.00 | 440.00 |
| 10/2/15 | Review and revise response per court order regarding Order to Show cause as to Rosen | 4.2 | 400.00 | 1,680.00 |
| 10/2/15 | Review exhibits and law re response to Rosen response to Order to show cause per court order | 2.3 | 400.00 | 920.00 |
| 10/5/15 | Finalize response to Rosen Order to Show cause per court order; review exhibits | 1.5 | 400.00 | 600.00 |
| 10/5/15 | Review Rosen Motion to Vacate bankruptcy court pre recusal orders pursuant to 60(b) [33] | 0.6 | 400.00 | 240.00 |
| 10/5/15 | Research law regarding motion to vacate before Judge Moore | 1.8 | 400.00 | 720.00 |
| 10/6/15 | Review and revise opposition to Motion to Vacate | 2.8 | 400.00 | 1,120.00 |
| 10/6/15 | Research law regarding motion to vacate response, including "lie in wait" cases | 1.9 | 400.00 | 760.00 |
| 10/7/15 | Further review and revise response to Motion to Vacate | 2.6 | 400.00 | 1,040.00 |
| 10/7/15 | Review case law re public information/ timeliness of recusal request  and standard to vacate, further review of "lie in wait" cases | 1.4 | 400.00 | 560.00 |
| 10/8/15 | Review and revise, finalize opposition to motion to vacate ; review case law | 3.4 | 400.00 | 1,360.00 |
| 10/9/15 | Receive and review Rosen's Motion for Evidentiary Hearing on Motion to Disqualify [37] | 0.2 | 400.00 | 80.00 |
| 10/9/15 | Draft response to Motion for Evidentiary hearing; research law re same; review and revise response to motion for evidentiary hearing | 2.4 | 400.00 | 960.00 |
| 10/13/15 | Revise and finalize opposition to Motion for Evidentiary hearing on motion to disqualify | 0.9 | 400.00 | 360.00 |
| 10/14/15 | Receive  and review response to Motion to Relinquish Jurisdiction or dismiss [44] | 0.4 | 400.00 | 160.00 |
| 10/14/15 | Draft and review and revise reply (including review of case law and research) regarding Motion for Relinquishment of Jurisdiction | 2.9 | 400.00 | 1,160.00 |
| 10/23/15 | Receive and review reply to response to motion to vacate filed by Rosen ; review case law cited therein | 0.5 | 400.00 | 200.00 |
| 11/3/15 | Receive and review Initial Brief [56], research case law cited by Appellant | 3.9 | 400.00 | 1,560.00 |
| 11/7/15 | Further review of Appellant's brief; commence drafting- statement of | 6.2 | 400.00 | 2,480.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| | issues , draft initial statement of case as to Motion to Enforce /Order granting same | | | |
| 11/8/15 | Commence drafting argument section of response brief as to order granting motion to enforce settlement agreement; review law applicable to enforcement of settlement agreements and public policy as to such enforcement | 5.2 | 400.00 | 2,080.00 |
| 11/11/15 | Research and review case law regarding response to Rosen, Kaye and related case law as to attorneys fees recoverable by attorney representing self | 2.8 | 400.00 | 1,120.00 |
| 11/11/15 | Draft e mail to Broeker re corrected brief request | 0.1 | 400.00 | 40.00 |
| 11/11/15 | Receive e mail and red lined version of proposed "corrected" brief; draft e mail to Broeker re same | 0.6 | 400.00 | 240.00 |
| 11/11/15 | Receive and review Motion for leave to file corrected brief | 0.2 | 400.00 | 80.00 |
| 11/11/15 | Draft opposition to Motion for leave to file corrected brief and review and revise same | 0.9 | 400.00 | 360.00 |
| 11/11/15 | Work on response to initial brief, re motion to enforce plan; research law re same; draft issues and argument as to standing, waiver and abandonment | 6.9 | 400.00 | 2,760.00 |
| 11/12/15 | Work on, further review and revise brief concerning order enforcing settlement; Conference with Mr. Crockett re brief, issues, strategy | 3.2 | 400.00 | 1,280.00 |
| 11/13/15 | Review and revise fact portion of response brief, further work on enforcement of Plan portion | 2.9 | 400.00 | 1,160.00 |
| 11/15/15 | Further work on fact protion of brief, review and revise same | 2.3 | 400.00 | 920.00 |
| 11/17/15 | Further work on brief regarding order enforcing plan response, research review law re same | 4.6 | 400.00 | 1,840.00 |
| 11/18/15 | Receive and review motion to stay appeal filed in 11th Circuit; research cases; assist in drafting response, fact portion | 4.8 | 400.00 | 1,920.00 |
| 11/20/15 | Further work on opposition to Stay; review exhibits; telephone conference with Mr. Crockett re same | 1.9 | 400.00 | 760.00 |
| 11/22/15 | Review and revise brief; review Crockett's revisions; obtain and check record citations | 3.7 | 400.00 | 1,480.00 |
| 11/23/15 | Review legal cases, authority; revise and redraft issues; revise brief | 3.1 | 400.00 | 1,240.00 |
| 11/23/15 | Draft Motion for Sanctions re appeal; review and revise Motion; review case law re Rules 38/8020 | 3.5 | 400.00 | 1,400.00 |

| | | | | |
|---|---|---|---|---|
| 11/24/15 | Further review and revision of response brief; further check of case citations and shepardize cases | 3.7 | 400.00 | 1,480.00 |
| 11/27/15 | Review and revise sanctions motion and prevailing party attorneys fees motion | 1.2 | 400.00 | 480.00 |
| 11/30/15 | Further work on appeal; review Crockett's revisions | 2.9 | 400.00 | 1,160.00 |
| 12/1/15 | Final review of brief; revise, add citation items; several calls with Crockett re brief; select and organize documents re Appendix; final review of response brief | 4.3 | 400.00 | 1,720.00 |
| 12/8/15 | Work on shortening brief per court order (non-bill) | 5.3 | 0.00 | 0.00 |
| 3/10/16 | Receive and review Order Affirming bankruptcy court orders and on Sanctions [105,106]; Telephone conference with co-counsel re same | 0.7 | 400.00 | 280.00 |
| 3/14/16 | Draft pleading regarding fee statement submission, review fee statement; telephone conference with Mr. Crockett regarding fee statement and pleading | 1.4 | 400.00 | 560.00 |
| | Total | 131.8 hours | | $52,720.00 |

## DECLARATION OF JEFFREY B CROCKETT

This Declaration is filed with the Court for consideration with respect to the Court's order granting attorney's fees in *Rosen v. Abrams,* case no. 15-Civ-22380-KMM (DE 106). Its contents are based on personal knowledge, and the attached contemporaneous billing entries (prepared on a daily basis).

I am an attorney licensed in Florida since 1982, a former Assistant United States Attorney with substantial appellate and commercial litigation experience. I signed on behalf of my firm, Coffey Burlington, a written retainer agreement under which Appellee, Thomas Abrams, hired the Coffey Burlington firm to act as co-counsel with his firm on the above appeal, and to assist as needed on related appeals. The retainer agreement was prepared and signed on or about November 12, 2015. The Agreement provided that the undersigned would work on Mr Rosen's appeals at the hourly rate of $550 an hour, which is a standard hourly rate on new matters. Attached is a business record of the firm, prepared in the ordinary course of its business, with contemporaneous time entries. Coffey Burlington's work on the Rosen appeals was either done by the undersigned (Timekeeper No. 10) or by Vivian Montejo (No. 28), a Florida Bar-certified legal assistant (paralegal) whose time was billed at $125 an hour. Her assistance with paralegal tasks saved time from the undersigned and led to more efficient handling of the appellate matters.

The undersigned worked on the above appeal and in addition on two briefs to the Eleventh Circuit and some work on the second (motion to vacate) appeal which is still pending before this Court. Only time entries relating to the 22380 appeal are included on the attachment. The total time spent by the Coffey Burlington firm on the instant appeal, and recorded in the firm's contemporaneous time records, was 59.57 hours, or $26,741.25.

In addition, subsequent to the time contained on the attached time records, the undersigned spent 2.5 hours ($1375.00) in review of the Gamberg and Abrams time records, proofreading of the attachment, separation of time on other appeals from the instant appeal, and preparation of this affidavit. That makes the amount of fees incurred by Coffey Burlington on the appeal as to which the Court awarded fees a total of **$28,116,25.** These fees in my judgment were properly incurred and

are reasonable as to both rate and amount, considering all the relevant circumstances.

Under penalties of perjury pursuant to 28 USC 1746 I declare that the foregoing is true and correct. Executed on March 15, 2016 in Miami, Florida.

Jeffrey B. Crockett

Date: 03/14/2016

Detail Fee Transaction File List

Page: 1

COFFEY BURLINGTON

| Client | Trans Date | Tmkr | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|--------|-----------|------|------------------|------|---------------|--------|------|-------|

Client ID 4147.001

| Client | Trans Date | Tmkr | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|--------|-----------|------|------------------|------|---------------|--------|------|-------|
| 4147.001 | 11/12/2015 | 10 | 100 | 550.00 | 2.50 | 1,375.00 | Conference with Mr. Abrams regarding background, multiple issues in play | ARCH |
| 4147.001 | 11/13/2015 | 10 | 100 | 550.00 | 4.50 | 2,475.00 | Review of multiple pleadings in case as preparation for appearance on appeal | ARCH |
| 4147.001 | 11/16/2015 | 10 | 100 | 550.00 | 4.50 | 2,475.00 | Notice of appearance, review of pleadings and transcript pertinent to appeal, factual statement from Mr. Abrams; review of notice of appearance | ARCH |
| 4147.001 | 11/18/2015 | 10 | 100 | 550.00 | 4.50 | 2,475.00 | Review of motion for stay, draft portions and edit portions of opposition | ARCH |
| 4147.001 | 11/19/2015 | 10 | 100 | 550.00 | 3.50 | 1,925.00 | Work on opposition to stay, bankruptcy standing and stockholder standing issues, review of exhibits and orders from Judge Moore; conference with Mr. Abrams | ARCH |
| 4147.001 | 11/20/2015 | 28 | 100 | 125.00 | 1.80 | 225.00 | Proofread response to motion to stay; prepare exhibits for filing; confer with T. Abrams regarding exhibits and revisions to response; finalize and file with 11th Circuit Court of Appeals; review FRAP re: Certificate of Interested Persons. | ARCH |
| 4147.001 | 11/20/2015 | 10 | 100 | 550.00 | 2.50 | 1,375.00 | Conference with Mr. Abrams, revise and file Eleventh Circuit response regarding motion to stay | ARCH |
| 4147.001 | 11/22/2015 | 10 | 100 | 550.00 | 0.50 | 275.00 | Review of draft brief and edit fact section | ARCH |
| 4147.001 | 11/27/2015 | 10 | 100 | 550.00 | 1.50 | 825.00 | Conference with client regarding brief and attorney's fees motion and review of same; edit draft and review Local Rule 7.3 | ARCH |
| 4147.001 | 11/29/2015 | 10 | 100 | 550.00 | 1.50 | 825.00 | Review and revisions to brief on appeal | ARCH |
| 4147.001 | 11/30/2015 | 10 | 100 | 550.00 | 3.50 | 1,925.00 | Review of brief on appeal; attention primarily to settlement agreement argument; finalize and file motion regarding attorney's fees, conference with Mr. Abrams; conference with Ms. Montejo re cite checking | ARCH |
| 4147.001 | 12/01/2015 | 10 | 100 | 550.00 | 4.50 | 2,475.00 | Review and file appellee's brief and appendix following final review of same; conference regarding legal rules regarding appendix | ARCH |
| 4147.001 | 12/01/2015 | 28 | 100 | 125.00 | 8.00 | 1,000.00 | Proofread answer brief; add table of contents and authorities; cite check jump cites; do appendix to brief; revise appendix to add additional documents; do attorney revisions to brief and finalize for filing; file brief and appendix with USDC. | ARCH |
| 4147.001 | 12/03/2015 | 10 | 100 | 550.00 | 0.30 | 165.00 | Conference with opposing counsel re walkaway settlement offer; conference with client re options (wait and see, agree, or counter with demand for some or all fees) | ARCH |
| 4147.001 | 12/07/2015 | 10 | 100 | 550.00 | 1.10 | 605.00 | Review court order; conference with Mr. Abrams, revise to shorten brief per court order | ARCH |
| 4147.001 | 12/08/2015 | 28 | 100 | 125.00 | 2.00 | 250.00 | Confer with Tom Abrams regarding page number limit; revise answer brief; finalize and file with U.S. District Court. | ARCH |
| 4147.001 | 12/11/2015 | 10 | 100 | 550.00 | 0.80 | 440.00 | Opposition and reply on attorney's fees issue | ARCH |
| 4147.001 | 12/14/2015 | 10 | 100 | 550.00 | 0.30 | 165.00 | Review reply on attorney's fees | ARCH |
| 4147.001 | 12/15/2015 | 10 | 100 | 550.00 | 0.40 | 220.00 | Conference with Mr. Abrams regarding status of all matters; settlement discussion and appearance of additional counsel for Rosen | ARCH |
| 4147.001 | 12/17/2015 | 10 | 100 | 550.00 | 0.20 | 110.00 | Review of reply regarding extension issue; email with comments | ARCH |
| 4147.001 | 12/24/2015 | 10 | 100 | 550.00 | 1.50 | 825.00 | Review of reply brief and request for judicial notice, emails with client | ARCH |
| 4147.001 | 12/29/2015 | 10 | 100 | 550.00 | 0.60 | 330.00 | Conference with client; suggest revisions to judicial notice response; conference regarding striking of brief and appendix by Court | ARCH |
| 4147.001 | 12/30/2015 | 10 | 100 | 550.00 | 0.60 | 330.00 | Conference with Mr. Abrams regarding "feeler" on settlement from Mr. Ware; response to Mr. Ware regarding structure of settlement needed from our point of view; emails to and from Mr. Abrams re settlement posture | ARCH |

| Client ID | Date | TK | % | Rate | Hours | Amount | Description | |
|---|---|---|---|---|---|---|---|---|
| 4147.001 | 01/08/2016 | 10 | 100 | 550.00 | 1.10 | 605.00 | Review of reply memo regarding appellee status; conference with Mr. Abrams; review of settlement email from opposing party to Mr. Abrams; review of same and emial to client regarding proposed response | ARCH |
| 4147.001 | 01/11/2016 | 28 | 100 | 125.00 | 0.07 | 8.75 | Proofread settlement response letter; put in final and fax and mail to opposing counsel. | ARCH |
| 4147.001 | 01/11/2016 | 10 | 100 | 550.00 | 1.50 | 825.00 | Lengthy phone call regarding settlement parameters with Mr. Rosen and Mr. Ware; emails re same; conference with client; email rejecting settlement process offered by Rosen | ARCH |
| 4147.001 | 03/10/2016 | 28 | 100 | 125.00 | 1.50 | 187.50 | Review of USDC's Opinion and Order granting fees; confer with J. Crockett regarding same; draft notice of filing Opinion and Order; revise and finalize Notice with 11th Circuit. | 61 |
| 4147.001 | 03/10/2016 | 10 | 100 | 550.00 | 3.00 | 1,650.00 | Review Opinion resolving first (settlement agreement appeal) and order as to fees; research possible mootness of Eleventh Circuit appeal of intervention order in case and draft notice of fling to Eleventh | 62 |
| 4147.001 | 03/11/2016 | 28 | 100 | 125.00 | 0.80 | 100.00 | Confer with J. Crockett regarding 11th Circuit notification of "Returned Unfiled" notice; revise notice to Motion to Dismiss Based on Mootness; finalize and file with 11th Circuit. | 63 |
| 4147.001 | 03/11/2016 | 10 | 100 | 550.00 | 0.50 | 275.00 | Review of motion regarding judgment from bankruptcy court; conference re required form thereof and next steps for fee request per court order | 64 |

```
Total for Client ID 4147.001            Billable    59.57    26,741.25
Samuel D. Rosen v. Thomas L. Abrams

             GRAND TOTALS relating to 22380 D CT APPEAL ONLY
```

```
Total for Timekeeper 10
                Billable    45.40    24,970.00 Jeffrey B. Crockett


Total for Timekeeper 28
                Billable    14.17     1,771.25 Paralegal

                             GRAND TOTALS

                Billable    59.57    26,741.25
```