

**ORDERED in the Southern District of Florida on March 17, 2016.**

*[signature]*

**Robert A. Mark, Judge
United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| In re:<br><br>THE FORT LAUDERDALE BRIDGE CLUB, INC.,<br><br>        Debtor. | CASE NO. 13-14289-RAM<br>CHAPTER 11 |

**ORDER DIRECTING THE BANKRUPTCY CLERK
OF COURT NOT TO ACCEPT FURTHER FILINGS FROM
SAMUEL D. ROSEN ABSENT PERMISSION FROM CHIEF JUDGE MOORE**

This matter comes before the Court upon a telephone call made by Douglas Broeker Esq. to the Bankruptcy Clerk of Court on March 17, 2016. Mr. Broeker is appellate counsel for Samuel D. Rosen ("Rosen") in District Court Case No. 15-CV-22380-KMM (the "District Court Appeal"). In the District Court Appeal Chief Judge Moore entered the Order Affirming Bankruptcy Court Orders

[DE #1478] (the "Order Affirming"), which, among other things, stated that the "Clerk of Court shall not accept any further filings or appeals from Rosen." Mr. Broeker called the Bankruptcy Clerk of Court on March 17, 2016 to inquire whether the Order Affirming prevented Mr. Rosen from filing a response to Thomas L. Abrams Renewed Motion for Entry of Judgment Against Samuel D. Rosen as to Award of Attorney's Fees for Breach of Settlement Agreement [DE #1479]. This Court has reviewed the Order Affirming and finds that the directive to reject future filings includes both filings in the United States District Court and in the Bankruptcy Court absent express permission from Chief Judge Moore. Therefore, it is –

**ORDERED** as follows:

1. The Bankruptcy Clerk of Court is directed not to accept any further filings by Rosen, including Notices of Appeal, absent express permission by Chief Judge Moore.

2. This Order shall also be docketed in District Court Case No. 15-CV-22380-KMM.

###

COPIES TO:
Thomas L. Abrams, Esq.

Douglas C. Broeker, Esq.

Samuel D. Rosen
10175 Collins Ave., Apt. 502
Bal Harbour, FL  33154